FILED
December 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003949460

Total Pages: 2
James E. Salven
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, CA 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

**EDWARD & JILL CALDERA,**

Debtor.

Case No. 11-18892-B-7

DC No. JES-2

**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION (11 U.S.C. Sec. 363(b)(1);(f))**

Date: January 18, 2012
Time: 10:00 a.m.
Dept: B

James E. Salven, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "core" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on or about 08/05/11. James Salven was appointed Chapter 7 Trustee on or about 08/05/11.

3. Among the assets of the estate is a **1950 Ford tractor, ID number EAE6015-F.**

4. The Trustee wishes to sell the subject assets so that the proceeds can benefit the estate. The estate has elected to sell the subject assets by means of a public auction to be held on or after

01/18/2012, at Baird Auctions and Appraisals.

5. The Trustee believes that the sale is in the best interest of the estate.

6. The property proposed to be sold constitutes a portion of the personal property in possession of the debtors at the time the case was filed.

**WHEREFORE,** Movant prays as follows:

1. For an Order approving the public auction sale of the subject property described above, to be held on or after 01/18/2012, at Baird Auctions & Appraisals.

2. For such other and further relief as the Court deems just and proper.

Dated: 12-8-11      By: _____
                        James E. Salven, Trustee